**S T I E G L E R**
Shipping Company, Inc.
Steamship Agents
International Freight Forwarders
Charter Brokers

1151 Hillcrest Road
Suite F
Mobile, Alabama 36695

Phone (251) 639-7300
Fax (251) 639-7306
ITT Telex 4949592
FMC NO. 1849F

July 31, 2006

Radiance Shipping Lines, LLC
1905 Intermodal Circle, Suite 200
Port Manatee,
Palmetto, Florida 34221

Re: M/V "ONEGO BREEZE" – Gencon Charter Party, June 23, 2006

Gentlemen:

In accordance with the terms and conditions of our Charter Party Contract, we hereby give formal notice of arbitration and have named the following person as our arbitrator:

Mr. Sid Schell
2767 Conway Drive South
Mobile, Alabama 36608

Kindly advise the name of your arbitrator so that we may set a date for arbitration.

Yours very truly,

STIEGLER SHIPPING CO., INC.

Gary Stiegler