RADIANCE SHIPPING LINE
1905 INTERMODAL CIRCLE, SUITE 200
PALMETTO, FL 34221

August 21, 2006

Gary Stiegler
Stiegler Shipping Co., Inc.
1151 Hillcrest Road, Suite F
Mobile, AL 36695

Re:   M/V ONEGO BREEZE – Port Manatee

Dear Mr. Stiegler:

This letter is in response to your letter of August 21, 2006.

I have looked at the applicable authorities and see nothing that talks about a single arbitrator on a date selected by one party. Please provide the rules you rely upon as the basis for this arbitration.

We still take the position that until there is a correctly constituted arbitration panel, any arbitration that takes place is null and void since we have not agreed to any arbitration rules or appointed any arbitrator. We simply cannot be forced to arbitrate with a single arbitrator, chosen by you, on a date which was also chosen by you.

Furthermore, we will not attend an arbitration until applicable arbitration rules and procedures are set forth and agreed upon.

Very truly yours,

Thomas Brown